UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLARENCE EDWARD SMITH,<br><br>                Petitioner,<br><br>   v.<br><br>KENNETH T. LEAVY,<br><br>                Respondent. | Case No. C25-401-MJP-MLP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Petitioner's petition for writ of habeas corpus (dkt. # 3-1) and this action are DISMISSED without prejudice. Petitioner's IFP application (dkt. # 3) is DENIED as moot.

    (3)    In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

    (4)    The Clerk is directed to send copies of this Order to Petitioner and to Judge Peterson.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

Dated this 10th day of July, 2025.

*Marsha J. Pechman* (signature)

Marsha J. Pechman
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2